# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. PELES, JEFF L. DUNN and JOHN MUZIDAL,<br><br>                                    Plaintiffs,<br><br>   vs.<br><br>LA MESA RV CENTER, INC. (CENTRAL), a California Corporation; LA MESA RV CENTER, INC. (YUMA), an Arizona Corporation,<br><br>                                    Defendants. | CASE NO. 06CV1062 WQH (LSP)<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION |

HAYES, Judge:

   On October 10, 2006, Plaintiffs James A. Peles, Jeff L. Dunn, and John Muzidal, filed a notice of voluntary dismissal of entire action pursuant to Federal Rule of Civil Procedure 41(a)(1). Rule 41(a)(1) allows a plaintiff to unilaterally dismiss an action before a defendant has filed either an answer or a motion for summary judgment. No defendant has filed an answer or motion for summary judgment in these proceedings. Accordingly, the Court dismisses this action without prejudice.

DATED: October 12, 2006

*/s/ William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge